BURK v. INSURANCE CO.

No. 26 PC.

Case below: 7 N.C. App. 209.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 8 April 1970.

IN RE FARR

No. 31 PC.

Case below: 7 N.C. App. 250.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 8 April 1970.

INSURANCE CO. v. HAYES

No. 23 PC.

Case below: 7 N.C. App. 294.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 8 April 1970.

INSURANCE CO. v. HYLTON

No. 22 PC.

Case below: 7 N.C. App. 244.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 15 April 1970.

MICROFILM CORP. v. TURNER

No. 29 PC.

Case below: 7 N.C. App. 258.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 8 April 1970.

SHORE v. SHORE

No. 19 PC.

Case below: 7 N.C. App. 197.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 8 April 1970.